UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

ARKITA COURTNEY, as Guardian of the Estate )
of ZECHARIAH COURTNEY, a minor, )
                                                                          )
         Plaintiffs, )
                                                                          )    NO: 1:19-cv-7486
v. )
                                                                          )
UNITED STATES OF AMERICA, by and through )
its agents and employees, and ADVOCATE )
HEALTH AND HOSPITALS CORPORATION, an )
Illinois Corporation, by and through its authorized )
agents and employees, )
                                                                          )
         Defendants. )

**PLAINTIFF'S MOTON TO SPREAD DEATH OF RECORD**

Plaintiff, ARKITA COURTNEY, as Guardian of the Estate of ZECHARIAH COURTNEY, a minor, by and through their attorneys, McNABOLA & ASSOCIATES, LLC, and moves this Honorable Court for the entry of an Order spreading the death of record, and in support thereof, states as follows:

1. This cause stems from allegations of a failure to promptly perform an emergency delivery resulting in a permanent brain injury to ZECHARIAH COURTNEY, a minor.

2. On November 13, 2019 Plaintiff filed her Complaint alleging medical negligence against United State of America and Advocate Health and Hospitals Corporation.

3. On October 11, 2021, Zechariah Courtney, a minor, died secondary to his injuries resulting from the alleged negligence in this case.

4. Attached hereto as Exhibit A is a copy of the death certificate for Zechariah Courtney, a minor.

5. Plaintiff is in the process of opening a decedent's estate for Zechariah Courtney, a minor, and will seek leave to amend the Complaint at Law following the appointment of the Executor of the Estate of Zechariah Courtney, a minor.

WHEREFORE, Plaintiff, ARKITA COURTNEY, as Guardian of the Estate of ZECHARIAH COURTNEY, a minor, respectfully requests this Honorable Court enter an Order spreading the death of record of Zechariah Courtney, a minor, or for whatever other relief this Court deems just under the circumstances.

Respectfully submitted,

/s/ Edward W. McNabola

Attorney for Plaintiffs

Edward W. McNabola, Esq., #6211511
Thomas R. Trench, Esq., #6324766
**McNABOLA & ASSOCIATES, LLC**
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
(312) 888-7000
ted@injuryillinois.com

# CERTIFICATION OF DEATH RECORD

## COOK COUNTY CLERK VITAL RECORDS
## CHICAGO, ILLINOIS
## MEDICAL CERTIFICATE OF DEATH

**STATE FILE NUMBER:** 2021 0102565
**DATE ISSUED:** 11/23/2021

| Field | Value |
|---|---|
| DECEDENT'S LEGAL NAME | ZECHARIAH H COURTNEY |
| SEX | MALE |
| DATE OF DEATH | OCTOBER 11, 2021 |
| COUNTY OF DEATH | COOK |
| AGE AT LAST BIRTHDAY | 4 YEARS |
| DATE OF BIRTH | AUGUST 25, 2017 |
| CITY OR TOWN | PARK RIDGE |
| HOSPITAL OR OTHER INSTITUTION NAME | ADVOCATE LUTHERAN GENERAL HOSPITAL |
| PLACE OF DEATH | INPATIENT |
| BIRTHPLACE | CHICAGO, IL |
| SOCIAL SECURITY NUMBER | 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 |
| STATUS AT TIME OF DEATH | NEVER MARRIED/NEVER IN CIVIL UNION |
| SURVIVING SPOUSE/CIVIL UNION PARTNER'S MAIDEN NAME | |
| EVER IN U.S. ARMED FORCES? | NO |
| RESIDENCE | 8710 S BURLEY |
| APT. NO | A |
| CITY OR TOWN | CHICAGO |
| INSIDE CITY LIMITS? | YES |
| COUNTY | COOK |
| STATE | IL |
| ZIP CODE | 60617 |
| FATHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | MARK WILLIAMS |
| MOTHER/CO-PARENT'S NAME PRIOR TO FIRST MARRIAGE/CIVIL UNION | ARKITA COURTNEY |
| INFORMANT'S NAME | ARKITA COURTNEY |
| RELATIONSHIP | MOTHER |
| MAILING ADDRESS | 8710 S BURLEY, CHICAGO, IL, 60617 |
| METHOD OF DISPOSITION | CREMATION |
| PLACE OF DISPOSITION | HEIGHTS CREMATORY |
| LOCATION - CITY OR TOWN AND STATE | CHICAGO HEIGHTS, IL |
| DATE OF DISPOSITION | OCTOBER 29, 2021 |
| FUNERAL HOME | HUDSON FUNERAL HOME, 8745 SOUTH COMMERCIAL AVENUE, CHICAGO, IL, 60617 |
| FUNERAL DIRECTOR'S NAME | DOROTHY HUDSON |
| FUNERAL DIRECTOR'S ILLINOIS LICENSE NUMBER | 034012094 |
| LOCAL REGISTRAR'S NAME | KAREN A YARBROUGH |
| DATE FILED WITH LOCAL REGISTRAR | NOVEMBER 19, 2021 |

**CAUSE OF DEATH**

PART I.
a. IMMEDIATE CAUSE: ACUTE CARDIA PULMONARY INSUFFICIENCY-WITHDRAWAL OF CARE
b. Due to (or as a consequence of): SHOCK FOLLOWING ACUTE CARDIAC ARREST
c. Due to (or as a consequence of): ENCEPHALOPATHY (CEREBRAL PALSY)

APPROXIMATE INTERVAL BETWEEN ONSET AND DEATH: MINS-HOURS / DAYS / YEARS

PART II. Enter other significant conditions contributing to death but not resulting in the underlying cause given in PART I:
OBSTRUCTIVE SLEEP APNEA AND EPILEPSY - NON-TRAUMATIC

| Field | Value |
|---|---|
| WAS AN AUTOPSY PERFORMED? | YES |
| WERE AUTOPSY FINDINGS USED TO COMPLETE CAUSE OF DEATH? | YES |
| FEMALE PREGNANCY STATUS | NOT APPLICABLE |
| MANNER OF DEATH | NATURAL |
| DATE OF INJURY | |
| TIME OF INJURY | |
| PLACE OF INJURY | |
| INJURY AT WORK? | |
| LOCATION OF INJURY | |
| DESCRIBE HOW INJURY OCCURRED | |
| IF TRANSPORTATION INJURY, SPECIFY | |
| ATTEND THE DECEASED? | NO |
| DATE LAST SEEN ALIVE | UNKNOWN |
| WAS MEDICAL EXAMINER OR CORONER CONTACTED? | YES |
| DATE PRONOUNCED | |
| TIME OF DEATH | 10:52 PM |
| CERTIFIER | PHYSICIAN |
| DATE CERTIFIED | OCTOBER 21, 2021 |
| NAME, ADDRESS AND ZIP CODE OF PERSON COMPLETING CAUSE OF DEATH | DR. JENNIFER BERO-ALFERI, 123 BRIDGE STREET, MAYVILLE, WISCONSIN, 53050 |
| PHYSICIAN'S LICENSE NUMBER | 036-126742 |

1884927



This is to certify that this is a true and correct copy from the official death record filed with the Illinois Department of Public Health.

Karen A. Yarbrough
Cook County Clerk



EXHIBIT
A



ANY ALTERATION OR ERASURE VOIDS THIS