UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARKITA COURTNEY, as Guardian of the Estate of ZECHARIAH COURTNEY, a minor <br><br> Plaintiff, <br><br> v. <br><br> UNITED STATES OF AMERICA, by and through its agents and employees, and ADVOCATE HEALTH AND HOSPITALS CORPORATION, an Illinois corporation, by and through its authorized agents and employees, <br><br> Defendants. | ) ) ) ) ) ) ) ) No. 19 C 7486 ) ) Judge Ellis ) ) ) ) ) ) ) |

## **ATTORNEY DESIGNATION**

Please take notice that the undersigned Assistant United States Attorney has been designated in the above captioned case. This designation is provided for informational purposes only and does not constitute an appearance, a motion, or a responsive pleading and does not waive any defenses. *See* LR 83.16(b).

Respectfully submitted,

MORRIS PASQUAL.
Acting United States Attorney

By: s/ William M. Strom
　　WILLIAM M. STROM
　　Assistant United States Attorney
　　219 South Dearborn Street
　　Chicago, Illinois 60604
　　(312) 697-4087
　　william.strom@usdoj.gov