# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| ARKITA COURTNEY, as Guardian of the Estate of ZECHARIAH COURTNEY, a minor, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>UNITED STATES OF AMERICA and )<br>ADVOCATE HEALTH AND HOSPITALS )<br>CORPORATION, an Illinois Corporation, )<br>by and through its authorized )<br>agents and employees, )<br>)<br>Defendants. ) | No. 19 C 7486<br><br>Honorable Sara L. Ellis |

## JOINT STATUS REPORT

The parties, by their undersigned attorneys, hereby submit the following joint status report pursuant to this court's July 27, 2022 minute entry (Dkt. 99):

**(a)** **Status of discovery:** In light of recent deposition testimony, Plaintiff's counsel has requested additional discovery from Advocate Health and Hospitals Corporation. This discovery is expected to be answered within 28 days.

**(b)** **Status of settlement discussion:** The parties have engaged in initial, informal settlement discussions and agree that at least some expert discovery will need to take place to facilitate those discussions. However, all parties will need authority to refer this matter to the magistrate judge for settlement purposes.

**(c)** **Proposed schedule:** This matter is expected to involve significant expert discovery (somewhere between 15-20 experts in total). With limited fact discovery outstanding and the parties' awaiting authority to engage in a settlement conference or mediation, the parties request a short continuance for the written discovery to be answered and the parties to report on possible

mediation or settlement conference by a joint status report to be filed on or before October 25, 2023.

Respectfully submitted,

/s/ Edward W. McNabola
_____

Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
McNabola & Associates, LLC
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
*Attorney for Plaintiff*


/s/ Elizabeth "Betsy" Grover
_____

Dominick W. Savaiano, Esq.
Elizabeth ("Betsy") R. Grover, Esq.
Nielsen, Zehe & Antas
55 West Monroe Street, Suite 1800
Chicago, Illinois 60603
*Attorney for Defendant Advocate Health and Hospitals Corporation*


MORRIS PASQUAL
Acting United States Attorney
By: s/ Sarah F. Terman
    SARAH F. TERMAN
    Assistant United States Attorney
    WILLIAM M. STROM
    Assistant United States Attorney
    219 South Dearborn Street
    Chicago, Illinois 60604
    (312) 469-6201
    sarah.terman@usdoj.gov
    william.strom@usdoj.gov