UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| ARKITA COURTNEY, as Guardian of the Estate of ZECHARIAH COURTNEY, a minor,<br><br>    Plaintiffs,<br><br>v.<br><br>UNITED STATES OF AMERICA and ADVOCATE HEALTH AND HOSPITALS CORPORATION, an Illinois Corporation, by and through its authorized agents and employees,<br><br>    Defendants. | No. 19 CV 7486<br><br>Honorable Sara L. Ellis |

## JOINT STATUS REPORT

The parties, by their undersigned attorneys, hereby submit the following joint status report pursuant to this court's January 11, 2024 order (Dkt. 108):

**(a)** **Status of discovery:** The parties have completed fact discovery.

**(b)** **Status of settlement discussion:** The parties have engaged in initial, informal settlement discussions and agree that expert reports will need to be exchanged to facilitate those discussions. The parties do not unanimously consent to referring this matter to the magistrate judge for settlement purposes at this time.

**(c)** **Proposed schedule:** Plaintiff disclosed some expert material on March 22, 2024. The Court previously ordered that the defendants disclose experts and complete Rule 26(a)(2) requirements by June 21, 2024 (Dkt. 112). Defendant United States expects to serve its expert disclosures by that date. Defendant Advocate has filed an Unopposed Motion for Extension of Time to extend the deadline for an additional sixty days or until August 21, 2024 (Dkt. 116). That motion is noticed for presentment on June 18, 2024. Because as many as 15-20 experts are

expected among the parties, the parties propose to revisit settlement discussions following defendants' expert disclosures to determine whether the time and expense of expert depositions may thereby be avoided. The parties further propose to provide the court with an update on the prospects for settlement, including possible referral to a magistrate judge for a settlement conference, by a joint status report to be filed on or before September 21, 2024.

Respectfully submitted,

/s/ Edward W. McNabola
_____
Edward W. McNabola, Esq.
Thomas R. Trench, Esq.
McNabola & Associates, LLC
161 North Clark Street, Suite 2550
Chicago, Illinois 60601
*Attorney for Plaintiff*

/s/ Elizabeth "Betsy" Grover
_____
Dominick W. Savaiano, Esq.
Elizabeth ("Betsy") R. Grover, Esq.
Nielsen, Zehe & Antas
55 West Monroe Street, Suite 1800
Chicago, Illinois 60603
*Attorney for Defendant Advocate Health and Hospitals Corporation*

MORRIS PASQUAL
Acting United States Attorney
By: s/ Sarah F. Terman
SARAH F. TERMAN
Assistant United States Attorney
WILLIAM M. STROM
Assistant United States Attorney
219 South Dearborn Street
Chicago, Illinois 60604
(312) 469-6201
sarah.terman@usdoj.gov
william.strom@usdoj.gov